UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vision Autodynamics, Inc., <br><br> Plaintiff(s) <br> v. <br><br> KASA Capital, LLC, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> CV 13-6003-DMG (MANx) <br><br><br> **ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

☑ **ADR PROCEDURE NO. 1:** (☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ **ADR PROCEDURE NO. 2:** This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3** : (Private mediation).

The ADR proceeding is to be completed no later than: 2-21-14 (early mediation); 8-26-14

The Court further sets a status conference for: Joint report re results of early mediation due by 2-28-14; joint status report re settlement due by 9-2-14; no appearance necessary.

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: October 17, 2013

*Dolly M. Gee*
United States District Judge/Magistrate Judge