NOSSAMAN LLP
THOMAS D. LONG (CA 105987)
tlong@nossaman.com
DAVID GRAELER (CA 197836)
dgraeler@nossaman.com
DAVID J. FARKAS (CA 203821)
dfarkas@nossaman.com
AMBER GRAYHORSE (CA 229059)
agrayhorse@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:  213.612.7801

BEST & FLANAGAN LLP
JONATHAN D. WILSON (MN 339775)
(Admitted Pro Hac Vice)
jwilson@bestlaw.com
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Telephone:  612.339.7121
Facsimile:  612.339.5897

Attorneys for Defendant
KASA Capital, LLC

A.H. CHAN LAW FIRM, P.C
ALFRED H. CHAN (CA 216767)
achan@ahchanlaw.com
805 West Duarte Road, Suite 106
Arcadia, California 91007
Telephone: 626.821.9094
Facsimile: 626.821.8746

Attorneys for Defendants AERO
DESIGNS USA, INC., LHM Consulting,
Inc., JTRSport, Inc. and Opus Lam

LAW OFFICES OF PAUL P. CHENG
PAUL P. CHENG (CA 239566)
ppcheng@paulchenglaw.com
JOSEPH K. LEE (CA 289258)
jlee@paulchenglaw.com
PETER A. TRAN (CA 280016)
ptran@paulchenglaw.com
301 N. Lake Ave., Suite 810
Pasadena, California 91101
Telephone: 626.356.8880
Facsimile: 888.213.8196

Attorneys for Plaintiff Vision
Autodynamics, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION AUTODYNAMICS, INC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>KASA CAPITAL, LLC, a Minnesota limited liability company; AERO DESIGNS USA, INC., a California corporation; JTRSPORT, INC., a California Corporation; LHM CONSULTING, INC., a California | CASE NO. 2:13CV6003 DMG MANx<br><br>**JOINT REPORT REGARDING RESULTS OF EARLY MEDIATION** |

| | |
|---|---|
| Corporation; OPUS LAM, an individual; and DOES 1-10, <br><br>    Defendants. | |
| KASA CAPITAL, LLC, a Minnesota limited liability company, <br><br>    Crossclaimaint, <br>  v. <br>AERO DESIGNS USA, INC., a California corporation, <br><br>    Crossdefendant. | |
| AERO DESIGNS USA, INC., a California corporation, <br><br>    Crossclaimaint, <br>  v. <br>KASA CAPITAL, LLC, a Minnesota limited liability company, <br><br>    Crossdefendant. <br><br><br>KASA CAPITAL, LLC, a Minnesota limited liability company, <br>Third Party Plaintiff, <br>  v. <br>LHM Consulting, Inc., a California corporation, <br>Third Party Defendant. | |

JOINT REPORT REGARDING RESULTS OF EARLY MEDIATION

The parties, through their undersigned counsel of record, submit this Joint Report Regarding the Results of the Early Mediation per the Court's Scheduling Order issued on October 17, 2013.

The parties selected Daniel B. Garrie, Esq. as the mediator for early mediation and were able to schedule a mediation session for Friday February 21, 2014, beginning at 10:00 a.m. PST in the offices of the Alternative Resolution Centers, Macy's Plaza, 700 South Flower Street, Los Angeles, California 90017.

Plaintiff Vision Autodynamics, Inc. attended the mediation in person through Matthew Nan Hui, one of the members of Vision Autodynamics, Inc., and its counsel Paul Cheng and Joseph Lee. While counsel for Defendant KASA Capital, LLC participated by telephone, Defendant KASA Capital, LLC was only "available" by telephone.

Defendants AERO Designs USA, Inc., LHM Consulting, Inc., JTRSport, Inc. and Opus Lam attended the mediation in person through Mr. Lam and their counsel Alfred H. Chan.

Defendant KASA Capital LLC attended the mediation via telephone through Arash Allaei, one of the members of KASA Capital LLC, and its counsel Jonathan D. Wilson. Mr. Allaei and Mr. Wilson intended on attending in person. Unfortunately, due to a winter storm that resulted in governor-declared state of emergency (*see* http://www.startribune.com/politics/statelocal/246554811.html), travel to Los Angeles in time for the mediation was rendered impossible. Mr. Wilson's Delta

Airlines Flight #DL2321 was unexpectedly cancelled at 1:30 a.m. CST on Friday (after attempting to de-ice and take off for seven hours). Accordingly, he and Mr. Allaei were regrettably forced to participate in the mediation by telephone.

The parties were unable to reach a settlement after several hours of mediation with Mr. Garrie. The parties understand that Mr. Garrie will be submitting a report to the Court regarding his impressions of the progress made and the potential for future success. For their part, the parties agree and acknowledge that progress at the early mediation was complicated by (1) the unforeseeable and unavoidable physical absence of KASA's lead counsel and decision-maker, and (2) the fact that the parties have yet to complete discovery.

The parties have committed to completing discovery and continuing negotiations in an effort to reach an amicable resolution. To this end, the parties request that the Court, consistent with its October 17, 2013 Order, refer this case to ADR Procedure No. 1 whereby Magistrate Judge Margaret A. Nagle may conduct or direct settlement proceedings.

              Respectfully Submitted,

DATED: February 27, 2014    NOSSAMAN LLP
                    THOMAS D. LONG
                    DAVID GRAELER
                    DAVID J. FARKAS
                    AMBER GRAYHORSE

                    BEST & FLANAGAN, LLP
                    JONATHAN D. WILSON

By   /s/ *Jonathan D. Wilson*
    JONATHAN D. WILSON
Attorneys for KASA CAPITAL, LLC


A.H. CHAN LAW FIRM, P.C.
ALFRED H. CHAN


By   /s/*Alfred Chan*
    ALFRED H. CHAN
Attorneys for AERO DESIGNS USA, INC., LHM CONSULTING, INC., JTRSPORT, INC. AND OPUS LAM


LAW OFFICES OF PAUL P. CHENG
PAUL P. CHENG
JOSEPH K. LEE
PETER A. TRAN


By   /s/ *Joseph Lee*_
    JOSEPH K. LEE
Attorneys for VISION AUTODYNAMICS, INC.


I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2014            A.H. CHAN LAW FIRM, P.C.


                                             By: /s/ Alfred H. Chan