...

RICARDO Y. MERLUZA (SBN: 199495)
ricardo@bermeomerluza.com
**BERMEO & MERLUZA**
3435 Wilshire Blvd., Suite 2744
Los Angeles, CA 90010
Phone: (213) 380-9888
Fax: (818) 380-5397

ALFRED H. CHAN (SBN: 216767)
achan@ahchanlaw.com
**A.H. CHAN LAW FIRM, PC**
805 West Duarte Road, Suite 106
Arcadia, California 91007
Phone: (626) 821-9094
Fax: (626) 821-8746

Attorneys for Defendants AERO DESIGNS USA, INC.,
JTR SPORT, INC., a California corporation;
LHM CONSULTING INC., a California corporation;
CHRIS LAM, an individual; and OPUS LAM,
an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION AUTODYNAMICS, INC., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>KASA CAPITAL, LLC, a Minnesota limited liability company; AUTO DIRECT MIDWEST, LLC, a Minnesota limited liability company; KASA AUTO PARTS, LLC, a Minnesota limited liability company; KASA DISTRIBUTION, LLC, a Minnesota limited liability company; STREET BEATS, LLC, a Minnesota limited liability company; AERO DESIGNS USA, INC., a California corporation; JTRSPORT, INC., a California corporation; LHM CONSULTING INC., a California corporation; ARASH PIRZAD-ALLAEI, an individual; KIAN SALEHI-MOSHAEI, an individual; HO FAI LAM aka CHRIS | CASE NO. 2:13CV6003 DMG MANx<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF VISION AUTODYNAMICS, INC. AND DEFENDANTS AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING INC., HO FAI LAM, AKA CHRIS LAM, AND HO MING LAM, AKA OPUS LAM**<br><br>*[Filed Concurrently with Application for Good Faith Settlement, Declaration of Alfred H. Chan, and Proposed Order]* |

| | |
|---|---|
| 1 | LAM, an individual; HO MING LAM aka OPUS LAM, an individual; and DOES 1-10, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | KASA CAPITAL, LLC, a Minnesota limited liability company, |
| 6 | |
| 7 | Cross-Complainant, v. |
| 8 | AERO DESIGNS USA, INC., a California corporation, |
| 9 | |
| 10 | Cross-Defendant. |
| 11 | |
| 12 | AERO DESIGNS USA, INC., a California corporation, |
| 13 | |
| 14 | Cross-Claimant, v. |
| 15 | KASA CAPITAL, LLC, a Minnesota limited liability company, |
| 16 | |
| 17 | Cross-Defendant. |
| 18 | |
| 19 | |
| 20 | KASA CAPITAL, LLC, a Minnesota limited liability company, |
| 21 | Third Party Plaintiff, |
| 22 | v. |
| 23 | LHM Consulting Inc., a California corporation, |
| 24 | |
| 25 | Third Party Defendant. |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff VISION AUTODYNAMICS, INC. has entered into a settlement with Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM (hereinafter the "Settling Defendants"). The Settling Defendants will apply to this Court for determination of the "good faith" of the settlement in accordance with the provisions of California <u>Code of Civil Procedure</u> Section 877.6(a)(2). The Application for Determination of Good Faith and the [Proposed] Order are being filed and served concurrently with this Notice of Settlement.

Dated:  July 25, 2014.

BERMEO & MERLUZA
RICARDO Y. MERLUZA

A.H. CHAN LAW FIRM, PC
ALFRED H. CHAN

By: <u>/s/ Alfred H. Chan</u>
Attorneys for Defendants DESIGNS USA, INC., JTR SPORT, INC., a California corporation; LHM CONSULTING INC., a California corporation; CHRIS LAM, an individual; and OPUS LAM, an individual