1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION AUTODYNAMICS, INC., a California corporation,<br><br>         Plaintiff,<br>   v.<br><br>KASA CAPITAL, LLC, a Minnesota limited liability company; AUTO DIRECT MIDWEST, LLC, a Minnesota limited liability company; KASA AUTO PARTS, LLC, a Minnesota limited liability company; KASA DISTRIBUTION, LLC, a Minnesota limited liability company; STREET BEATS, LLC, a Minnesota limited liability company; AERO DESIGNS USA, INC., a California corporation; JTRSPORT, INC., a California corporation; LHM CONSULTING, INC., a California corporation; ARASH PIRZAD-ALLAEI, an individual; KIAN SALEHI-MOSHAEI, an individual; HO FAI LAM aka CHRIS LAM, an individual; HO MING LAM aka OPUS LAM, an individual; and DOES 1-10,<br><br>         Defendants. | CASE NO. 13-6003 DMG (MANx)<br><br>**ORDER RE: GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF VISION AUTODYNAMICS, INC., and DEFENDANTS AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, AND HO MING LAM, AKA OPUS LAM [102]** |

| |
|---|
| KASA CAPITAL, LLC, a Minnesota limited liability company, <br><br>       Cross-Complainant, <br><br>  v. <br><br>AERO DESIGNS USA, INC., a California corporation, <br><br>       Cross-Defendant. |
| AERO DESIGNS USA, INC., a California corporation, <br><br>       Cross-Claimant, <br><br>  v. <br><br>KASA CAPITAL, LLC, a Minnesota limited liability company, <br><br>       Cross-Defendant. |
| KASA CAPITAL, LLC, a Minnesota limited liability company, <br><br>Third Party Plaintiff, <br><br>  v. <br><br>LHM Consulting, Inc., a California corporation, <br><br>Third Party Defendant |

Good cause having been shown and no timely opposition having been filed:

The Court hereby approves the settlement between Plaintiff VISION AUTODYNAMICS, INC. and Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM whereby Plaintiff VISION AUTODYNAMICS, INC. has agreed to dismiss its Second Amended Complaint

*with prejudice* as it relates only to Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM.

It is further found that at all times during this litigation, Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM contested all issues relating to all of the causes of action contained in the Plaintiff's Second Amended Complaint. The settlement between Plaintiff VISION AUTODYNAMICS, INC. and Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM in exchange for the sum of EIGHTY THOUSAND DOLLARS AND NO/100 ($80,000) is determined to be in good faith pursuant to *Code of Civil Procedure* Section 877.6, thereby barring any other joint tortfeasors from any further claims against settling Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM for indemnity and contribution, and all claims derived from the Third Party Claim by KASA CAPITAL, LLC against LHM CONSULTING, INC.

Accordingly, IT IS HEREBY ORDERED THAT Defendants and Cross-Claimants KASA CAPITAL, LLC, AUTO DIRECT MIDWEST, LLC, KASA AUTO PARTS, LLC, KASA DISTRIBUTION, LLC, STREET BEATS, LLC, ARASH PIRZAD-ALLAEI, KIAN SALEHI-MOSHAEI's Cross-Claim against Defendants AERO DESIGNS USA, INC., JTR SPORT, INC., LHM CONSULTING, INC., HO FAI LAM, AKA CHRIS LAM, and HO MING LAM, AKA OPUS LAM, and KASA CAPITAL, LLC's Third Party Claim against LHM CONSULTING, INC. are dismissed *with prejudice*.

      The August 29, 2014 hearing is VACATED.

**IT IS SO ORDERED.**

DATED:    August 27, 2014

                                            DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE