LAW OFFICES OF PAUL P. CHENG
PAUL P. CHENG (CA 239566)
ppcheng@paulchenglaw.com
GEORGE C. HUANG (CA 264500)
ghuang@paulchenglaw.com
PETER A. TRAN (CA 280016)
ptran@paulchenglaw.com
301 N. Lake Ave., Suite 810
Pasadena, CA 91101
Telephone:  626.356.8880
Facsimile:  888.213.8196

Attorneys for Plaintiff
Vision Autodynamics, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION AUTODYNAMICS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KASA CAPITAL, LLC, a Minnesota limited liability company; AUTO DIRECT MIDWEST, LLC, a Minnesota limited liability company; KASA AUTO PARTS, LLC, a Minnesota limited liability company; KASA DISTRIBUTION, LLC, a Minnesota limited liability company; STREET BEATS, LLC, a Minnesota limited liability company; AERO DESIGNS USA, INC., a California corporation; JTRSPORT, INC., a California corporation; LHM CONSULTING, INC., a California corporation; ARASH PIRZAD-ALLAEI, an individual; KIAN SALEHI-MOSHAEI, an individual; HO FAI LAM aka CHRIS LAM, an individual; HO MING LAM aka | CASE NO. 2:13CV6003 DMG MANx <br><br> Assigned for all purposes to: <br> Hon. Dolly M. Gee, Court Room 7 <br><br> **NOTICE OF SETTLEMENT** |

LAW OFFICES OF PAUL P. CHENG, APC
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

OPUS LAM, an individual; and DOES 1-10,

        Defendants.

KASA CAPITAL, LLC, a Minnesota limited liability company,

        Cross-Complainant,

    v.

AERO DESIGNS USA, INC., a California corporation,

        Cross-Defendant.

AERO DESIGNS USA, INC., a California corporation,

        Cross-Claimant,

    v.

KASA CAPITAL, LLC, a Minnesota limited liability company,

        Cross-Defendant.

KASA CAPITAL, LLC, a Minnesota limited liability company,

Third Party Plaintiff,

    v.

LHM Consulting, Inc., a California corporation,

Third Party Defendant.

**LAW OFFICES OF PAUL P. CHENG, APC**
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

Please take notice that on January 20, 2015, Plaintiff Vision Autodynamics, Inc. ("Plaintiff") and the remaining defendants, KASA Capital, LLC; Auto Direct Midwest, LLC; KASA Auto Parts, LLC; KASA Distribution, LLC; Street Beats, LLC; Arash Pirzad-Allaei; and Kian Salehi-Moshaei (collectively, the "Defendants") reached an agreement in principle that would settle all matters in the instant action.

Plaintiff and Defendants (collectively, the "Parties") anticipate that a settlement agreement will be finalized within the next 60 days.

Prior to reaching the agreement in principle, the Parties each filed a Motion for Partial Summary Judgment (the "Cross-Motions").  A hearing for the Cross-Motions was scheduled to be heard in Courtroom 7 of the above-entitled Court on January 23, 2015 at 3:00pm.

As a result of reaching an agreement in principle, the Parties believe that the Cross-Motions are now unnecessary.  Accordingly, the Parties hereby respectfully request that the Cross-Motions be taken off calendar.

**DATED: January 22, 2015**                    **LAW OFFICES OF PAUL P. CHENG**

_____
GEORGE G. HUANG
Attorney for Plaintiff
VISION AUTODYNAMICS, INC

LAW OFFICES OF PAUL P. CHENG, APC
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

NOTICE OF SETTLEMENT

1

**PROOF OF SERVICE**

***Vision Autodynamics, Inc. v. KASA Capital, LLC et al.***
***Case No.:  2:13CV6003 DMG MANx***

State of California}
County of Los Angeles}

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and am not a party to the within action; my business address is 301 North Lake Avenue, Suite 810, Pasadena, CA 91101. On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Pasadena, California, addressed as follows:

Date of Service:  1/22/2015
Document(s) Served:  Notice of Settlement

Parties Served:  Nadia B. Hasan, Esq.
                COZEN O'CONNOR
                33 South Sixth Street, Suite 4640
                Minneapolis, MN 55402
                *Attorney for Defendants KASA Capital, LLC; Auto Direct Midwest, LLC; KASA Auto Parts, LLC; KASA Distribution, LLC; Street Beats, LLC; Arash Pirzad-Allaei; and Kian Salehi-Moshaei*

\_\_\_(BY REGULAR MAIL)  I caused such envelope(s) to be placed in the United States mail.  I am readily familiar with this firm's practice of collection and processing correspondence form mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

\_\_\_(BY FACSIMILE)  I caused such envelope to be faxed to the party listed above.

_X_(BY EMAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses of:  nhasan@cozen.com.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_X_(FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Pasadena, California on 1/22/2015

George G. Huang (SIGNATURE)

1