LAW OFFICES OF PAUL P. CHENG
PAUL P. CHENG (CA 239566)
ppcheng@paulchenglaw.com
GEORGE C. HUANG (CA 264500)
ghuang@paulchenglaw.com
PETER A. TRAN (CA 280016)
ptran@paulchenglaw.com
301 N. Lake Ave., Suite 810
Pasadena, CA 91101
Telephone:  626.356.8880
Facsimile:  888.213.8196

Attorneys for Plaintiff
Vision Autodynamics, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION AUTODYNAMICS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>KASA CAPITAL, LLC, a Minnesota limited liability company; AUTO DIRECT MIDWEST, LLC, a Minnesota limited liability company; KASA AUTO PARTS, LLC, a Minnesota limited liability company; KASA DISTRIBUTION, LLC, a Minnesota limited liability company; STREET BEATS, LLC, a Minnesota limited liability company; AERO DESIGNS USA, INC., a California corporation; JTRSPORT, INC., a California corporation; LHM CONSULTING, INC., a California corporation; ARASH PIRZAD-ALLAEI, an individual; KIAN SALEHI-MOSHAEI, an individual; HO FAI LAM aka CHRIS LAM, an individual; HO MING LAM aka | CASE NO. 2:13CV6003 DMG MANx<br><br>Assigned for all purposes to:<br>Hon. Dolly M. Gee, Court Room 7<br><br>**DECLARATION OF GEORGE C. HUANG IN SUPPORT OF NOTICE OF SETTLEMENT** |

LAW OFFICES OF PAUL P. CHENG, APC
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

| | |
|---|---|
| 1<br>2<br>3 | OPUS LAM, an individual; and DOES 1-10,<br>         Defendants. |
| 4<br>5<br>6<br>7<br>8<br>9<br>10 | KASA CAPITAL, LLC, a Minnesota limited liability company,<br>         Cross-Complainant,<br>    v.<br>AERO DESIGNS USA, INC., a California corporation,<br>         Cross-Defendant. |
| 11<br>12<br>13<br>14<br>15<br>16<br>17 | AERO DESIGNS USA, INC., a California corporation,<br>         Cross-Claimant,<br>    v.<br>KASA CAPITAL, LLC, a Minnesota limited liability company,<br>         Cross-Defendant. |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | KASA CAPITAL, LLC, a Minnesota limited liability company,<br>Third Party Plaintiff,<br>    v.<br>LHM Consulting, Inc., a California corporation,<br>Third Party Defendant. |
| 27 | |
| 28 | |

DECLARATION OF GEORGE C. HUANG IN SUPPORT OF NOTICE OF SETTLEMENT

# DECLARATION OF GEORGE C. HUANG

I, George C. Huang, declare as follows:

1. I am an individual over the age of 18 and a resident of the State of California.
2. I am employed as an associate attorney at the Law Offices of Paul P. Cheng, APC, counsel of record for Plaintiff Vision Autodynamics, Inc. ("Plaintiff").
3. This declaration is submitted in support of The Notice of Settlement filed by Plaintiff Vision Autodynamics, Inc.
4. The following facts are within my personal knowledge and, if called as a witness, I can and will competently testify thereto.

**Settlement Reached**

5. On January 20, 2015, Plaintiff Vision Autodynamics, Inc. and the remaining defendants in the instant action, KASA Capital, LLC; Auto Direct Midwest, LLC; KASA Auto Parts, LLC; KASA Distribution, LLC; Street Beats, LLC; Arash Pirzad-Allaei; and Kian Salehi-Moshaei (collectively, the "Defendants") attended a Court-ordered mediation (the "Mediation").
6. During the Mediation, the Plaintiff and the Defendants (collectively, the "Parties") reached an agreement in principle that would settle all matters in the instant action.
7. The Parties anticipate that a settlement agreement will be finalized within the next 60 days.

**Cross-Motions for Partial Summary Judgment**

8. Prior to reaching the agreement in principle, the Parties had each filed a Motion for Partial Summary Judgment (Court's docket entry numbers 111 and 115) and Amended Motion for Partial Summary Judgment (Court's docket entry numbers 126 and 129). A hearing for the Parties' motions was scheduled to be held in Courtroom 7 of the above-entitled Court on January 23, 2015 at 3:00pm.

LAW OFFICES OF PAUL P. CHENG, APC
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

9. As a result of reaching an agreement in principle, the Parties believe that their respective Motions for Partial Summary Judgment are now unnecessary and respectfully request the Court to take them off-calendar.

DATED: January 22, 2015           LAW OFFICES OF PAUL P. CHENG

                                  _____
                                  GEORGE C. HUANG
                                  Attorney for Plaintiff
                                  VISION AUTODYNAMICS, INC.

LAW OFFICES OF PAUL P. CHENG, APC
301 N. Lake Ave., 8th Floor
Pasadena, California 91101
Tel: (626) 356-8880 | Fax: (888) 213-8196

DECLARATION OF GEORGE C. HUANG IN SUPPORT OF NOTICE OF SETTLEMENT
2

**PROOF OF SERVICE**
*Vision Autodynamics, Inc. v. KASA Capital, LLC et al.*
Case No.: 2:13CV6003 DMG MANx

State of California}
County of Los Angeles}

  I am employed in the County of Los Angeles, State of California. I am over the age of 18, and am not a party to the within action; my business address is 301 North Lake Avenue, Suite 810, Pasadena, CA 91101. On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Pasadena, California, addressed as follows:

Date of Service: 01/22/2015
Document(s) Served: DECLARATION OF GEORGE C. HUANG IN SUPPORT OF NOTICE OF SETTLEMENT.

Parties Served: Nadia B. Hasan, Esq.
      COZEN O'CONNOR
      33 South Sixth Street, Suite 4640
      Minneapolis, MN 55402
      *Attorney for Defendants KASA Capital, LLC; Auto Direct Midwest, LLC; KASA Auto Parts, LLC; KASA Distribution, LLC; Street Beats, LLC; Arash Pirzad-Allaei; and Kian Salehi-Moshaei*

____ (BY REGULAR MAIL) I caused such envelope(s) to be placed in the United States mail. I am readily familiar with this firm's practice of collection and processing correspondence form mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____ (BY FACSIMILE) I caused such envelope to be faxed to the party listed above.

__X__ (BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses of: nhasan@cozen.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

__X__ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed in Pasadena, California on 01/22/2015

George C. Huang

1