UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL  **JS-6**

| | |
|---|---|
| Case No. CV 13-6003-DMG (MANx) | Date January 23, 2015 |

Title  Vision Autodynamics, Inc. v. KASA Capital, LLC, et al.

Present: The Honorable  DOLLY M. GEE,  UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed January 22, 2015, indicating that the case has settled in its entirety, this action is placed in inactive status.

By March 23, 2015 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of March 24, 2015.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Defendants' Motion for Partial Summary Judgment [Doc. # 111],  Plaintiff's Motion for Partial Summary Judgment [Doc. # 115], Defendants's Amended Motion for Partial Summary Judgment [Doc. # 126],  Plaintiff Amended Motion for Partial Summary Judgment [Doc. # 129], Plaintiff's Request to Cross-Examine Declarant Arash Allaei aka Arash Pirzad-Allaei [Doc. # 135], and Plaintiff's Request to Cross-Examine Declarant Max Runke [Doc. # 136] are DENIED as moot.  The Final Pretrial Conference set on March 31, 2015 and Jury Trial set on April 28, 2015 are hereby VACATED.

IT IS SO ORDERED.